| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Leibowitz, SBN 91670<br>Daniel Leibowitz, SBN 258466<br>Leibowitz Law Group<br>4050 Katella Ave., Ste 201<br>Los Alamitos, CA 90720<br>Tel: (562) 430-6002; Fax: (562) 430-8187<br>Email: AttorneyGary@gmail.com<br><br>*Attorney for* Debtors | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re Rafael Antonio Rivera<br><br>and<br><br>Donna A. Mitchell<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 2:10-bk-45586-BB |
|---|---|

## NOTICE OF DEBTOR'S MOTION TO CONVERT CASE
## UNDER 11 U.S.C. § 706(a)

1. TO *(specify name):* The Honorable Sheri Bluebond; Chapter 7 Trustee; Chapter 13 Trustee; and Other Parties of Interest:

2. NOTICE IS HEREBY GIVEN that Debtor will move this Court for an Order granting the relief sought in Debtor's Motion to Convert Case Under 11 U.S.C. § 706(a) ("Motion"), a copy of which is attached hereto and served herewith. Debtor seeks a conversion of this case under 11 U.S.C. § 706(a) based upon the grounds set forth in the said Motion. Debtor's Motion is made pursuant to Local Bankruptcy Rule 9013-1(o)(1), which provides for granting of motions without a hearing.

3. **Deadline for Opposition Papers and Request for a Hearing**: Pursuant to Local Bankruptcy Rule 9013-1(o)(1), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Dated: 12/2/10

Date Notice Mailed: 12/2/10

LEIBOWITZ LAW GROUP
*Law Firm Name*
By: _____

Name: Gary Leibowitz
*Attorney for Movant*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                             F 1017-1.3.NOTICE

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Leibowitz, SBN 91670<br>Daniel Leibowitz, SBN 258466<br>Leibowitz Law Group<br>4050 Katella Ave., Ste 201<br>Los Alamitos, CA 90720<br>Tel: (562) 430-6002; Fax: (562) 430-8187<br>Email: AttorneyGary@gmail.com<br><br>*Attorney for* Donna A. Mitchell | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Rafael Antonio Rivera

and

Donna A. Mitchell

Debtor.

CHAPTER 7

CASE NUMBER 2:10-bk-45586-BB

# DEBTOR'S MOTION TO CONVERT CASE
# UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this Court for an Order converting the above chapter 7 case to a case under chapter 13 on the grounds set forth below: Debtor recently received a life insurance disbursement that has enabled her to pay off 100% of her debt in a Chapter 13 Plan. Therefore, a Chapter 7 is no longer necessary.

2. **Filing Information:**

   a. ☑ A Voluntary Petition under chapter   ☐ 7   ☐ 11   ☐ 12   ☑ 13 was filed on: 8/24/10

   b. ☐ An Involuntary Petition under chapter   ☐ 7   ☐ 11 was filed on:
      ☐ An Order of Relief under chapter   ☐ 7   ☐ 11 was entered on:

   c. ☑ An Order of Conversion to chapter   ☑ 7   ☐ 11   ☐ 12   ☐ 13 was entered on: 10/19/10

   d. ☐ Other *(specify)*:

3. **Procedural Status:**

   a. Name of trustee appointed *(if any)*: Alfred H. Siegel

   b. Name of Attorney of Record for trustee *(if any)*:

4. ~~Debtor alleges that this case has not been previously converted.~~

*(Continued on next page)*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                 F 1017-1.1

Debtor's Motion to Convert Case - *Page 2*    **F 1017-1.1**

| In re Rivera, Rafael and Mitchell, Donna | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:10-bk-45586-BB |

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this Court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter __7__ to a case under chapter __13__.

Dated: 12/2/10

Respectfully submitted,

Leibowitz Law Group
*Firm Name*

By: _[signature]_

Name: Gary Leibowitz
*Attorney for Debtor/Trustee*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 1017-1.1**

| In re:<br>Rivera, Rafael<br>Debtor(s). | CHAPTER 7<br>CASE 2:10-bk-45586-BB |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4050 Katella Ave., Ste. 201, Los Alamitos, CA 90720

A true and correct copy of the foregoing document described **NOTICE OF MOTION AND DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/4/10 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee, ustpregion16.la.ecf@usdoj.gov
Chapter 7 Trustee, Alfred H. Siegel, ahstrustee@horwathcal.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/4/10 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/2/10 | Daniel Leibowitz | _/s/_ |
|---|---|---|
| Date | Type Name | Signature |