| | |
|---|---|
| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers<br><br>Alfred H. Siegel<br>Crowe Horwath LLP<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA 91403<br>Tel.: (818) 325-8441<br>Fax: (818) 501-7040 | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>RAFAEL ANTONIO RIVERA,<br><br>DONNA A. MITCHELL,<br>　　　　　　　　　　　　　　　Debtors. | CHAPTER 7<br><br>**CASE NUMBER:** 2:10-bk-45586 BB<br><br>(No Hearing Required) |

# TRUSTEE'S REQUEST TO DISMISS CHAPTER 7 DEBTOR(S) FOR FAILURE TO APPEAR AT SECTION 341(a) MEETING OF CREDITORS

I, the undersigned Trustee, certify under penalty of perjury that the debtor(s) failed to appear at Section 341(a) Meeting of Creditors and any continuances thereof. I further certify that I have notified the within debtor(s) of any continued/rescheduled Section 341(a) Meeting of Creditors and recommend that a dismissal order be initiated against:

**DEBTOR**: RAFAEL ANTONIO RIVERA

**JOINT DEBTOR**: DONNA A. MITCHELL

Dated: <u>FEBRUARY 2, 2011</u>

| <u>　　　ALFRED H. SIEGEL　　　</u> | <u>　　　/s/Alfred H. Siegel　　　　　</u> |
|---|---|
| *Type Name of Trustee* | *Signature of Trustee* |

{00483423.DOCX / 1}